AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Drew Holzlein | ) | Case No.  24-mj-3005 (TJB) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**RECEIVED**

JAN 18 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 2022_____ in the county of _____Ocean_____ in the
_____ District of _____New Jersey_____ , the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 18 USC 2252A(a)(2) and (b)(1) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Kelsey Granger
_____
*Complainant's signature*

Special Agent Kelsey Granger, FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ *(specify reliable electronic means)*.

Date: _January 18, 2024_

Elon J Bon
_____
*Judge's signature*

City and state: _____Trenton, New Jersey_____      Tonianne J. Bongiovanni, U.S. Magistrate Judge
_____
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Kelsey Granger, a Special Agent with the Federal Bureau of Investigation ("FBI") being duly sworn, depose and state as follows:

1.      I have been employed as a Special Agent of the FBI since January 2020, and am currently assigned to the FBI's Innocent Images National Initiative, which investigates individuals suspected of being involved in the online sexual exploitation of children. As part of my duties as a Special Agent, I am assigned to investigate violations of federal law, including the online exploitation of children. This includes violations pertaining to the illegal trafficking, production, transmission, possession, and receipt of material depicting the sexual exploitation of minors.

2.      I am submitting this affidavit in support of a criminal complaint against DREW HOLZLEIN. I further submit that there is probable cause to believe that in approximately November 2022, in the District of New Jersey and elsewhere, DREW HOLZLEIN distributed child pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1). The term "child pornography," as used in this affidavit, refers to the definition set forth in 18 U.S.C. § 2256(8)(A).

3.      Title 18 U.S.C. § 2252A(a)(2) and (b)(1) prohibit any person from knowingly distributing any child pornography or any material that contains child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

4.      The statements contained in this affidavit are based in part on information provided by FBI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents and computer forensic

1

professionals; and my experience, training and background as a Special Agent with the FBI. Since this affidavit is being submitted for the purpose of securing a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe DREW HOLZLEIN has violated 18 U.S.C. §§ 2252A(a)(2) and (b)(1).

5.      The FBI is investigating a website (hereinafter referred to as the "TARGET WEBSITE") that allows users to engage in online communications with other users. It launched in approximately 2019. The TARGET WEBSITE expressly describes itself as a "child pornography community."

6.      Users regularly use the website to advertise and distribute child pornography. Child pornography images and videos are trafficked through the TARGET WEBSITE through the posting of web links on the website's forum. These links allow a user to navigate to another website, such as a file-hosting website where images and/or videos are stored, in order to download the linked-to images and videos. The site also allows users to engage in online discussion with other users, either through posts that are openly accessible to any user of the site, or in one-to-one private message chats between two users. The TARGET WEBSITE consisted of at least 100 registered members and more than 25 members who helped manage the website as "staff." Registered members of the TARGET WEBSITE, and any user with a higher status than registered member, all had their usernames reserved for their exclusive use and needed to access their account through a password chosen by the user.

7.      The FBI's investigation has further revealed that a user of the TARGET WEBSITE, acting under a particular online alias and referred to here as the "SUBJECT USER," was an active member of the website who posted files on the TARGET WEBSITE, including some depicting

2

child pornography. The FBI has determined that the SUBJECT USER has been active on the TARGET WEBSITE since approximately December 2019.

8.    The SUBJECT USER deleted a large portion of his posts in October 2023, but on or about November 2, 2023, an FBI Online Covert Employee who maintains a presence on the TARGET WEBSITE was able to document some of the SUBJECT USER's activity. A review of the SUBJECT USER's profile showed he made 2,859 posts since become active on the website.

9.    The review also showed the SUBJECT USER acted as a moderator on the website.

10.    The review also disclosed the SUBJECT USER posted child pornography to the website. In approximately November 2022, the SUBJECT USER posted a link to a file that could no longer be accessed as well as six contact sheets containing 1,701 images depicting partially to fully nude prepubescent girls. The overwhelming majority of the images depicted these children bent over or laying on their backs with their legs spread to expose their anuses and vaginas for the camera.

A.    One image depicted a prepubescent girl, estimated to be between four and six years of age laying on her side on a bed. The girl has her pajama pants pulled down to her thighs to prominently expose her anus and vagina for the camera. The girl is looking back at the camera indicating she knows she is being filmed.

B.    One image depicted a fully nude prepubescent girl estimated to be between the ages of three and five, straddling a nude adult male. The girl is facing away from the adult man who is laying down. The girl's anus and vagina are exposed for the camera. The adult man his holding his erect penis, inches from the girl's anus and vagina.

3

## IDENTIFICATION OF DREW HOLZLEIN AS THE SUBJECT USER

11.    On or about January 17, 2024, the FBI executed a search warrant at DREW HOLZLEIN's residence in Ocean County in the District of New Jersey. During the execution of the search warrant, FBI agents discovered extensive evidence of DREW HOLZLEIN's involvement with child pornography. For example, agents seized a Western Digital external hard drive from DREW HOLZLEIN's bedroom and a Sandisk USB drive from DREW HOLZLEIN's living room that contained the following content:

a. A video file on the Western Digital external hard drive that is approximately 2 minutes and 25 seconds long. The video appears to depict a partially nude adult male with his grey boxer shorts pulled down to his knees to expose his penis. A prepubescent female wearing a pink t-shirt is standing in front of him. The adult man takes the child's hand and places it on his penis. The child then kneels down so her face is visible to the camera. The man then masturbates his penis in front of her face while her right hand is placed near his penis. The child then moves her right hand back and forth on the adult male's penis. The child and the adult male then alternate manipulating his penis with their hands.

b. A video on the Western Digital external hard drive that is approximately 2 minutes and 42 seconds long. The video appears to depict the lower torso of a prepubescent female lying on her back on a pink blanket. She is wearing a pink top and is nude from the waist down. Her legs are raised and spread, exposing her vagina to the camera. An adult male's penis is placed on her vagina. The camera pulls back to show the knee and grey t-shirt of an adult male kneeling in front of the child. He holds his penis with this left hand and rubs it back and forth on the child's vagina.

4

The video later depicts the male touching the child's cheek and breast and the male ejaculating on the outside of the child's vagina.

c.  An image file on the Sandisk USB thumb drive that appears to depict a nude, prepubescent female lying on her back on a blue, purple, and white plaid blanket. She is visible from her eyes to her knees and her legs are spread, exposing her vagina to the camera. An adult male is partially visible from his elbows to his genital region, lying on his side. The male's face is not visible, but his penis is exposed next to the girl's leg. His left hand is under the prepubescent female's head and the index finger of his right hand is on her vagina.

d.  A video file on the Sandisk USB thumb drive that is approximately 3 minutes and 25 second long.  The video appears to depict a nude prepubescent female in a bathtub. The child is initially bent over at the waist with her head out of view of the camera. The video then depicts several different angles of the child rubbing and spreading her vagina with her hand, including instances where the camera is focused on the child's vagina. In one instance, what appears to be a male hand reaches towards her from offscreen and touches her exposed vagina with a finger. The video concludes with the child performing oral sex on an adult male's penis.

12.  During the execution of the search warrant, and after being advised of his rights, DREW HOLZLEIN stated, in substance and in part, the following:

a.  That he was the only resident in the home.

b.  That he was the SUBJECT USER of the TARGET WEBSITE and that he had been posting on the TARGET WEBSITE for over four years.

5

c.  That he acted as a moderator while using the SUBJECT USER account on the TARGET WEBSITE. *See* Paragraph 9.

d.  That he posted the contact sheets referenced above, *see* Paragraph 10, which contained child pornography, to the TARGET WEBSITE.

e.  That he last accessed the TARGET WEBSITE approximately three days ago.

f.  That the Western Digital external hard drive and the Sandisk USB drive belonged to him and that he knew they both contained images and videos of child pornography.

## CONCLUSION

13.     For these reasons, your Affiant respectfully submits that there is probable cause to believe that in or about November 2022, DREW HOLZLEIN distributed child pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1) in the District of New Jersey and elsewhere. I therefore respectfully request that the Court authorize a Criminal Complaint for DREW HOLZLEIN.

Respectfully submitted,

*/s/ Kelsey Granger*

Kelsey Granger
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me by applicant by telephone per the requirements of Fed. R. Crim. P. 4(d) and 4.1 on this _____ day of January, 2024.

HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

6